UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE M. FRANOWICZ, M.D., Captain, U.S. Army Reserves, )<br>)<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>SECRETARY OF THE ARMY, et al, )<br>)<br>Respondents. ) | Civil Action No. 05-11531 NG |

## NOTICE OF APPEARANCE

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as counsel for the respondents, the Secretary of the Army, and Commander, 94th Regional Readiness Command, Fort Devens, Massachusetts.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant United States Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: July 21, 2005

CERTIFICATE OF SERVICE

I hereby certify that copy of the foregoing was served by mail, on July 21, 2005, upon Louis P. Font, Font & Glazer, 62 Harvard Street, Suite 100, Brookline, MA 02146

/s/ Mark T. Quinlivan
Mark T. Quinlivan
Assistant U.S. Attorney