# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAWRENCE M. FRANOWICZ, M.D., Captain, U.S. Army Reserves, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| SECRETARY OF THE ARMY, et al, | ) ) |
| Respondents. | ) ) ) |

Civil Action No. 05-11531 NG

## STIPULATION

It is hereby stipulated and agreed by the parties as follows:

1  The military orders, A-06-591138, dated June 1, 2005, ordering Captain Lawrence Franowicz ("Petitioner"), to active duty in the United States Army ("Army"), with a report date of July 22, 2005, are hereby void. The Army agrees that said orders will be rescinded in the immediate future and that Petitioner is not required to report for duty in July 2005, but can remain in his current status.

2. The Army agrees that any orders the Army reissues will have a report date after August 21, 2005, and that Petitioner's conscientious objector claim will continue to be processed in accordance with Army Regulations.

3. It is further agreed that the Parties will make every reasonable effort to file a Status Report with the Court at least fourteen (14) days before Petitioner is required to report for active duty, but will file such a Report no less than ten (10) days before any report date, notifying the Court of a change in Petitioner's status, if any, based on his Conscientious Objector application and of the Army's intentions at that time.

For the Petitioner:

/s/ Louis P. Font
LOUIS P. FONT
Font & Glazer
62 Harvard Street
Suite 100
Brookline, MA 02445
617-739-2300

For the Respondents:

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

OF COUNSEL:

MAJOR LOUIS BIRDSONG
Department of the Army
U.S. Army Litigation Division
901 North Stuart Street, Suite 400
Arlington, VA 22203-1837
Tel: (703) 696-1626; Fax: (703) 696-8126

Dated: July 21, 2005