UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action No. _____

| | |
|---|---|
| LAWRENCE M. FRANOWICZ, M.D., Captain, U.S. Army Reserve,<br><br>    Petitioner<br><br>v.<br><br>SECRETARY OF THE ARMY, and COMMANDER, 94th Regional Readiness Command, Fort Devens, Massachusetts,<br><br>    Respondents. | 05 11531 NG |

PETITIONER'S APPENDIX TO PETITIONER'S MEMORANDUM
OF LAW IN SUPPORT OF PETITION FOR A
WRIT OF HABEAS CORPUS AND FOR OTHER RELIEF

The following Appendix contains social security numbers and other sensitive identifying information and therefore this Appendix has been redacted. Local Rule 5.3.

Respectfully submitted,

LAWRENCE M. FRANOWICZ, M.D.

By his attorney,

*Louis P. Font*
LOUIS P. FONT
Mass. Bar No. 173940
FONT & GLAZER
62 Harvard Street

Suite 100  
Brookline, MA. 02445  
(617) 739-2300 (office)  
(617) 739-6196 (fax)

Dated: July 19, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.