UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE M. FRANOWICZ, M.D., Captain, U.S. Army Reserves,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF THE ARMY, et al,<br><br>Respondents. | Civil Action No. 05-11531 NG |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of this action without prejudice, the Secretary of the Army having granted the application of the plaintiff, Lawrence M. Franowicz, M.D., Captain, U.S. Army Reserves, for Conscientious Objector 1-0 Status, and plaintiff's orders for active duty having been accordingly revoked.

Respectfully submitted,

| FOR THE PLAINTIFF | FOR THE DEFENDANTS |
|---|---|
| /s/ Louis P. Font | /s/ Mark T. Quinlivan |
| LOUIS P. FONT | MARK T. QUINLIVAN |
| Font & Glazer | Assistant United States Attorney |
| 62 Harvard Street, Suite 101 | John Joseph Moakley U.S. Courthouse |
| Brookline, MA 02445 | 1 Courthouse Way, Suite 9200 |
| 617-739-2000 | Boston, MA 02210 |
| | 617-748-3606 |

December 6, 2005